STATE OF NEW YORK                 UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4142         AND FILED ON         5/29/2007

| | |
|---|---|
| JOANNE SASSONE, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| VINCENT QUARTARARO, INDIVIDUALLY, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/5/2007 at 2:04PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES
Party Served: CAROL DEALLEAUME, ACTING INTERIM PRINCIPAL            (herein called recipient) therein named.
At Location: 179 EAST LAKE BOULEVARD

MAHOPAC NY 10541

By delivering to and leaving with DOROTHY A. GILROY, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

On 6/6/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BRN/BLOND |
|---|---|---|---|---|---|
| Age | 55 | Height | 5'5" | Weight | 135 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 6/6/2007

_____              _____
GAIL WILLIAMS                                 Gary Williams
Notary Public, State of New York              Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4142   AND FILED ON   5/29/2007

JOANNE SASSONE, ET AL                                            Plaintiff(s)/Petitioner(s)

                              Vs.

VINCENT QUARTARARO, INDIVIDUALLY, ET AL                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 6/5/2007 at 2:04PM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES
Party Served:    VINCENT QUARTARARO, ASSISTANT SUPERINTENDENT         (herein called recipient)
                                                                      therein named.
At Location:     179 EAST LAKE BOULEVARD

                 MAHOPAC NY  10541

By delivering to and leaving with DOROTHY A. GILROY, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 6/6/07, deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BRN/BLONDE |
| Age | 55 | Height | 5'5" | Weight | 135 |
| Other Features | | | GLASSES | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 6/6/2007

Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4065072
Qualified in Westchester County

Gary Williams

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4142    AND FILED ON    5/29/2007

JOANNE SASSONE, ET AL

Vs.

VINCENT QUARTARARO, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/5/2007 at 2:04PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES
Party Served: ROBERT J. REIDY, SUPERINTENDENT  (herein called recipient) therein named.
At Location: 179 EAST LAKE BOULEVARD

MAHOPAC NY 10541

By delivering to and leaving with DOROTHY A. GILROY, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 6/6/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BRN/BLOND |
| Age | 55 | Height | 5'5" | Weight | 135 |
| Other Features | | | GLASSES | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 6/6/2007

GAIL WILLIAMS
Notary Public, State of New York

Gary Williams

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4142   AND FILED ON   5/29/2007

JOANNE SASSONE, ET AL

Vs.

VINCENT QUARTARARO, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/5/2007 at 2:04PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES
MAHOPAC CENTRAL SCHOOL DISTRICT

At Location: 179 EAST LAKE BOULEVARD
MAHOPAC NY 10541

(herein called recipient) therein named.

By delivering to and leaving with DOROTHY A. GILROY and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BRN/BLOND
Age 55   Height 5'5"
Weight 135   Other Features

Sworn to before me on 6/6/2007

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires [illegible] 2010

Gary Williams
Server's License#: