UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOANNE SASSONE, MELANIE PARTELOW           :
NANNA, KRISTY NICKERSON, and MARY
BETH SANGALLI,                             :

                    PlaintiffS,           :    07 CV. 4142 (MDF)

        -against-                        :

                                           <u>NOTICE OF APPEARANCE</u>

VINCENT QUARTARARO, individually,          :
ROBERT J. REIDY, Jr., individually, CAROL
DEALLEAUME, individually, AND MAHOPAC      :
CENTRAL SCHOOL DISTRICT,

                              :

                Defendants.             :

                              :
------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Snitow Kanfer Holtzer & Millus, LLP hereby

appears on behalf of defendants Vincent Quartararo, individually, Robert J. Reidy, Jr.,

individually, Carol Dealleaume, individually, and Mahopac Central School District, and

requests that all papers be served at the office address set forth below.

Dated: June 25, 2007

                                   SNITOW KANFER
                                   HOLTZER & MILLUS, LLP

                By:   _____
                                   Paul F. Millus, Esq.
                                   (PM - 8240)
                                   575 Lexington Avenue, 14th Floor
                                   New York, New York 10022
                                   (212) 317-8500

                                   Attorneys for Defendants

TO:   JONATHAN LOVETT, ESQ.
       Lovett & Gould, LLP
       222 Bloomingdale Road
       White Plains, New York 10605
       (914) 428-8401

       Attorneys for Plaintiffs

M:\CLIENT\444\01\Notice of Appearance.wpd

<u>CERTIFICATE OF SERVICE</u>

Paul F. Millus certifies that he caused a copy of the attached Notice of Appearance to be served by facsimile and first class mail postage prepaid addressed to the following counsel of record:

JONATHAN LOVETT, ESQ.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
Facsimile No: (914) 428-8916

Dated: June 25, 2007

_____
PAUL F. MILLUS

M:\CLIENT\444\01\noticeofapperance.wpd