UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOANNE SASSONE, MELANIE PARTELOW   :
NANNA, KRISTY NICKERSON, and MARY
BETH SANGALLI,
                                      :

                    Plaintiffs,      :   07 CV. 4142 (MDF)

       -against-            :

                                       DECLARATION
VINCENT QUARTARARO, individually,   :
ROBERT J. REIDY, Jr., individually, CAROL
DEALLEAUME, individually, AND MAHOPAC  :
CENTRAL SCHOOL DISTRICT,

                                      :
                    Defendants.

                                      :
------------------------------------------------------------------X

      PAUL F. MILLUS declares, pursuant to 28 U.S.C. § 1746, that the

following statements are true and correct:

      1.      I am a member of the law firm of Snitow Kanfer Holtzer & Millus,

LLP, attorneys for the defendants Vincent Quartararo, individually, Robert J. Reidy, Jr.,

individually, Carol Dealleaume, individually, and Mahopac Central School District in this

action.  I respectfully submit this declaration in support of the defendants' motion for an

order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the

complaint with prejudice.

      2.      A true copy of Plaintiffs' complaint, dated May 29, 2007  annexed to

this Declaration as Exhibit "A", is relevant to the resolution of this motion and is also

referred to in the accompanying memorandum of law.

      3.      A true copy of Plaintiffs' First Amended Complaint, dated

September 7, 2007  annexed to this Declaration as Exhibit "B", is relevant to the resolution

of this motion and is also referred to in the accompanying memorandum of law.

WHEREFORE, it is respectfully requested that this Court issue an order

dismissing the complaint in its entirety and granting such other and further relief as the

Court deems just and proper.

Dated:      New York, New York
            November 5, 2007

                                                    _____
                                                    PAUL F. MILLUS (PM 8240)

M:\CLIENT\444\01\motdis.Dec.2wpd.wpd