UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOANNE SASSONE, MELANIE PARTELOW  :
NANNA, KRISTY NICKERSON, and MARY
BETH SANGALLI,                    :

                          Plaintiffs,    :    07 CV. 4142 (KMK) (MDF)

       -against-                 :
                                                      NOTICE OF MOTION

VINCENT QUARTARARO, individually, :
ROBERT J. REIDY, Jr., individually, CAROL
DEALLEAUME, individually, AND MAHOPAC :
CENTRAL SCHOOL DISTRICT,

                       Defendants.      :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the declaration of Paul F. Millus, dated November 5, 2007, the exhibits annexed thereto, the accompanying memorandum of law, and all pleadings and proceedings in this action, defendants Vincent Quartararo, individually, Robert J. Reidy, Jr., individually, Carol Dealleaume, individually, and Mahopac Central School District, by their attorneys, Snitow Kanfer Holtzer & Millus, LLP, will move before United States District Judge Kenneth M. Karas at the United States District Courthouse, Quarropas Street, White Plains, New York 10601, on December 6, 2007 at 9:30 a.m. or a later date to be scheduled by the Court, for an order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE, that opposition papers, if any, shall

be served in accordance with the parties briefing schedule.

Dated: New York, New York
       November 5, 2007

                                      SNITOW KANFER
                                      HOLTZER & MILLUS, LLP

By:   _____
        Paul P. Millus, Esq.
        (PM - 8240)
        575 Lexington Avenue, 14th Floor
        New York, New York 10022
        (212) 317-8500

        Attorneys for Defendants

TO:    JONATHAN LOVETT, ESQ.
        Lovett & Gould, LLP
        222 Bloomingdale Road
        White Plains, New York 10605
        (914) 428-8401

        Attorneys for Plaintiffs

M:\CLIENT\444\01\NOM.2wpd.wpd