## CERTIFICATE OF SERVICE

      Paul F. Millus certifies that he caused a copy of the attached Notice of Motion, Declaration of Paul F. Millus and Defandants' Memorandum of Law in Support of Motion to Dismiss to be served by ECF and by depositing a true copy thereof in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and addressed to the following counsel of record:

                JONATHAN LOVETT, ESQ.
                Lovett & Gould, LLP
                222 Bloomingdale Road
                White Plains, New York 10605

Dated: November 5, 2007

                                                PAUL F. MILLUS

M:\CLIENT\444\01\NOM.2wpd.wpd