NOV. 16. 2007 12:14PM    LOVETT & GOULD

NOV 16 2007

# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT

JANE BILUS GOULD

222 BLOOMINGDALE ROAD

WHITE PLAINS, N.Y. 10605

914-428-8
FAX 914-428-

KIM PATRICIA BERG+

DRITA NICAJ+

**MEMO ENDORSED** +also admitted in New Jersey

November 15, 2007

**VIA FACSIMILE**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**Re:**   **Sassone et al. v Quartararo, et al.**
       **07 Civ 4142 (KMK)(MDF)**

Dear Judge Karas:

On consent of all parties I am writing to request an extension of the return date for Defendants' recently filed Motion to Dismiss in the above captioned matter.   The Plaintiffs will have until December 14, 2007 to respond, Defendants will have until December 28, 2007 to reply and the return date before the Court will be January 11, 2008.

Respectfully submitted,

Jonathan Lovett

JL:af
cc:  Paul F. Millus, Esq. by fax

So Ordered.

11/18/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____