# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

**MEMO ENDORSED**

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

914-428-8401  
FAX 914-428-8916

KIM PATRICIA BERG+  
DRITA NICAJ+

+also admitted in New Jersey

December 17, 2007

DEC 17 2007

**VIA FACSIMILE**

Honorable Kenneth M. Karas  
United States District Judge  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

Re: **Sassone et al. v Quartararo, et al.**  
07 Civ 4142 (KMK)(MDF)

Dear Judge Karas:

On consent of all parties I am writing to request an extension until this Wednesday, December 19, 2007, for the submission of Plaintiffs' response to Defendants' motion to dismiss the amended complaint in this action. Also on consent the Defendants request that the Court extend until January 4, 2008, the time for them to reply. The previously Court-approved return date of January 11, 2008, need not be changed unless Your Honor wishes otherwise.

Respectfully submitted,

Jonathan Lovett

JL:af  
cc: Paul F. Millus, Esq. by fax

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.  
12/19/07