LAW OFFICES OF

# SNITOW KANFER HOLTZER & MILLUS, LLP
575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6102

TELEPHONE: (212) 317-8500
FACSIMILE: (212) 317-1308
WWW.SKHMLAW.COM

FRANKLYN H. SNITOW
STEWART J. EPSTEIN
RICHARD A. BRAUNSTEIN
MARK M. HOLTZER
KENNETH A. KANFER
PAUL F. MILLUS
JUDY H. KIM
DANIEL I. KAMINETSKY
ALLISON TRAINOR
VIRGINIA K. TRUNKES

ALAN HEBLACK
OF COUNSEL

LONG ISLAND OFFICE
1055 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
TELEPHONE: (516) 248-2280

January 3, 2008

VIA TELECOPIER
(914) 390-4152

**MEMO ENDORSED**

The Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 434
White Plains, New York 10601

Re: Sassone et al. v. Quartararo et al.
07 CV 4142 (MDF) (KMK)

Dear Judge Karas:

My law firm represents all defendants in the above-referenced matter. Pursuant to my assistant's telephone conversation with Eric from Your Honor's Chambers, I write to request an extension of time – from January 4, 2008 until January 7, 2008 – to submit defendants' reply in connection with our motion to dismiss the amended complaint in this action. Opposing counsel, Jonathan Lovett, Esq., has consented to the extension. Upon Mr. Lovett's request, the Court previously approved an adjournment of plaintiffs' response and defendants' reply until December 19, 2007 and January 4, 2008, respectively. The previously Court-approved return date of January 11, 2008 need not be changed unless Your Honor wishes otherwise.

Respectfully submitted,

SNITOW KANFER HOLTZER
& MILLUS, LLP

Paul F. Millus

cc: Jonathan Lovett, Esq.
(via telecopier)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
DATED JANUARY 3, 2008