UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOANNE SASSONE, MELANIE PARTELOW
NANNA, KRISTY NICKERSON, and
MARY BETH SANGALLI,

                        Plaintiffs,

-against-

VINCENT QUARTARARO, individually,
ROBERT J. REIDY, Jr., individually,
CAROL DEALLEAUME, individually, and
MAHOPAS CENTRAL SCHOOL DISTRICT,

                        Defendants.
------------------------------------------------------------x

07 Civ 4142 (KMK)(MDF)

**PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

    Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiffs Sassone, Nanna, Nickerson and Sangalli in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                        Kim Berg (KB 1425)
                        Lovett & Gould, LLP
                        222 Bloomingdale Road
                        White Plains, New York 10605
                        (914) 428-8401
                        FAX: (914)) 428-8916
                        E-mail: kberg@lovett-gould.com

                        Respectfully submitted,

                        LOVETT & GOULD, LLP
                        222 Bloomingdale Road, Suite 304
                        White Plains, New York 10605
                        (914) 428-8401

By: _____
                Kim Berg (KB 1425)

Dated: January 30, 2008
       White Plains, New York